No. 65170.—Pivar Goodman Corp. *v.* United States, protests 248988–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pile ribbons made of synthetic textile similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 16, 1961

No. 65171.—Novelty Import Co., Inc., et al. *v.* United States, protests 60/9817, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

No. 65172.—Reliance Merchandise Co., Inc. *v.* United States, protest 60/5548 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware ashtrays with metal or wire holders and that the issue is the same as that in *James Betesh Import Co.* v. *United States* (40 Cust. Ct. 186, C.D. 1981), the claim of the plaintiff was sustained.